# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00721-CV

### In re HCA Management Services, L.P.

---

#### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied, and the emergency motion for temporary relief is dismissed as moot. *See* Tex. R. App. P. 52.8(a).

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Filed: September 26, 2025